

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER N. GLASGOW, | ) No. CV 20-2024-SVW (FFM) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| PATRICK COBELLO, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Petition For Writ of Habeas Corpus For Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 7/14/20

STEPHEN V. WILSON
United States District Judge